UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 00-352 |
| CARLOS WALKER | SECTION "L" (5) |

### ORDER

The Court is in receipt of Defendant Carlos Walker's Motion to Clarify Judgment and Commitment Order Pursuant to Federal Rule of Criminal Procedure Rule 36.  The Defendant claims that, in the Judgment and Commitment Order, the Court omitted the schedule according to which the Defendant is to pay restitution while in the custody of the Federal Bureau of Prisons, ("BOP").  The Defendant objects to the BOP requiring him to pay $80 per month toward the restitution amount.

Title 18, United States Code, Section 3664(f)(2) instructs that "[u]pon determination of the amount of restitution owed to each victim, the Court shall, pursuant to section 3572, specify in the restitution order, the manner in which, and the schedule according to which the restitution is to be paid..."[1]  The Court satisfied this requirement in the Defendant's Judgment and Commitment Order, which required the Defendant to begin the payment of restitution while incarcerated, and, upon release, to pay any unpaid balance at a rate of $200.00 per month.

By instructing the Defendant to begin paying restitution while in prison and to finish at a

---

[1] Section 3572 provides factors to be considered in imposing restitution.

rate of $200 per month upon release, the Court imposed a proper payment schedule upon the Defendant. "A restitution order may direct the defendant to make a single, lump-sup payment, partial payments at specified intervals, in-kind payments, or a combination of payments at specified intervals and in-kind payments." 18 U.S.C. §3664(f)(3)(A). In the instant case, the Court ordered the Defendant to make "partial payments at specified intervals." Therefore, the Court need not clarify it's Judgment and Commitment Order. Furthermore, the BOP has the authority to collect restitution payments from the Defendant in any manner consistent with the restitution schedule set by the Court. Accordingly, IT IS ORDERED that the Defendant's motion to clarify the judgment and commitment order is DENIED.

New Orleans, Louisiana, this __18th__ day of __July__, 2005.

_____
UNITED STATES DISTRICT JUDGE

<u>Clerk to serve</u>:
Carlos Walker, Reg. No. 27300-034
F.C.C. Yazoo City Low
P.O. Box 5000
Yazoo City, Mississippi  39194-5000